**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEFF M., individually and on behalf of M.M., a minor,<br><br>                     Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE and HEALTH INSURANCE COMPANY, VITUITY HEALTH PLAN, and VITUITY,<br><br>                     Defendants. | Case No. 3:26-cv-00192-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT PARTIAL MOTION TO DISMISS COMPLAINT**<br><br>Date:        August 6, 2026<br>Time:        2:00 PM<br>Ctrm:        10 |

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT PARTIAL MOTION TO DISMISS COMPLAINT

On April 20, 2026, Defendants Anthem Blue Cross Life and Health Insurance Company ("Anthem"), Vituity Health Plan ("Plan"), and Vituity filed a Partial Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  Defendants' motion was made on the grounds that Plaintiffs' claim for benefits under 29 U.S.C. § 1132(a)(1)(B), Plaintiffs' Parity Act claim under 29 U.S.C. § 1132(a)(3), and Plaintiffs' statutory penalties claim under 29 U.S.C. § 1132(c) all fail to state a claim for relief.

The Court, having considered Defendants' Partial Motion to Dismiss Plaintiffs' Complaint, and finding good cause, hereby GRANTS the Motion and ORDERS as follows:

1.  Defendants' Partial Motion to Dismiss Plaintiff's Complaint is granted in its entirety;

2.  Count I of Plaintiffs' Complaint, Plaintiffs' claim for benefits at Embark, is dismissed with prejudice;

3.  Count II of Plaintiffs' Complaint is dismissed in its entirety and with prejudice; and,

4.  Count III of Plaintiffs' Complaint is dismissed in its entirety and with prejudice.

**IT IS SO ORDERED.**

Dated:

           HON. ARACELI MARTÍNEZ-OLGUÍN
           UNITED STATES DISTRICT JUDGE